I would like to file a case with the Clerk of Courts against the Iowa medical classification Center (Department of Corrections)

RECEIVED
08 SEP 19 AM 10:32
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Warden: Brandt
Deputy Warden: G. Ort
Security Director: Randy Gibbs
Dietary Supervisor: J. Lowenberg
C/O Doe
C/O Miller

"Cruel and unusual punishment"

I'm filing charges for cruel and very unusual punishment. On 8-22-08 while being housed on G and H unit, the warden made a new policy. We were no longer allowed to eat with spoons, which means that we are forced to eat with our hands. There was absolutely no reason for this type of procedure. Correctional officers will be called on as witness due to this matter. We were told by Correctional officers, (the warden wanted to set an example for people who get sent to the hole) That way they want do stuff to be put back in the hole. I feel as if we are treated like animals. We are eating from small trays with hardly any food in them. However other areas except lock up, are still receiving the regular trays. I do not understand why we have to eat small trays that they usually give to inmates who are suicidal. It is people over here as well as myself that are not suicidal. We are being treated as Mental Health inmates as well; they do not give us salt or pepper, our cereal is opened up and placed inside of a paper towels, they also open up our jelly packets and spread it on our bread and wrap them in paper towels.

When we get our bread it is solid brick hard and stale, the cereal is also stale. Our meals that we are served are not even on the prison menu. They give us half cooked noodles every day. (No hot meals)..... The rest of the prison do not get treated this way, They get hot full meals. I have never in my life been treated like this. I am not a inmate who is on suicide watch, so I should not be treated as such. I have passed out several times, I also had to take medication for four to five days straight do to severe headaches. I have also been throwing up (puking) from the half cooked plain noodles we get. All day long my stomache is in knots, and it is hard to take my medication because I can't hold anything down. I have went through the proper procedures, by putting in agreivances. The only thing that has changed is they provided us with spoons on 9/4/08. They took the spoons away on 8/21/08 after breakfast, So from lunch and dinner we were forced to eat with our hands. And this was continued: three meals a day all the way to 9/4/08. It was also two other incidents after they allowed us to have spoons that we were forced to eat with our hands. The Correctional officers who was assigned to the unit refused to call the kitchen staff and have them bring them to us. We were laughed at and disrespected by one of them. This means that I was treated like a animal forty six times. According to the accounts on the days and meals; We were served (forty six) meals with no spoons or forks. We were told different reasons for this cruel punishment from staff members (c/os). Now that we are provided with spoons and forks we should get normal trays, however that is not the case.

The meals that we get are very low in carbs, calories and hardly no protein at all. This type of treatment, makes a person feel depressed, emotionally and mentally, it is basically causing illness. The foods are not being handled in a professional way. Sometimes when I get my food, I find hair in it. That is unsanitary, I was told by staff (co) that we are not alloud salt or pepper because of security purposes, but still the rest of the prisoners are allowed to have seasonings for their meals. This is a classification Law Suite for Cruel and unusual punishment.

other inmates: Kenneth whitehorn #1097517
Ralph Saver # 0804323,
Jason Allen Krayenborg # 6279921
Devurio Talley # 6931509
Randy Gooden # 104740
Anthony Salmieri # 6941512
Curtis miller (Linn county Holdover) depositions
Brandon Ashacher # 6780335
Andra Catchings # 6018313
phillips Findley # 6397573
Joshua Bonnell 6639333
Stephenson Royce # 6311768

We are requesting for 1,500.00 for each day we had to eat with our hands. We were treated this way for no reason whatsoever. I checked prison logs with guards and there is no documentation for the so called (Security reasons). No one threw trays or missused spoons or forks (sporks). I've been on this unit for ninety days and I dont recall anyone doing anything to cause this type of cruelty. And we are still being treated less than the other prisoners with our meals. we're also filing a law suit for being treated as (MHO) inmates. This is how the prison feed (MHO) inmates, Mental Health observation inmates eat this way, people who are suicidal, and we are not either. Everyone in lock up is being treated as suicidal inmates, and it is not right.

KENNETH WHITEHORN 1057517
IOWA MEDICAL and CLASSIFICATION CENTER
OAKDALE, IOWA 52319

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

Clerk of US. District Court
P.O. Box 9344
Des Moines Iowa
50306-9344

$00.59 SEP 17 2008
MAILED FROM ZIP CODE 52319